## REHEARING DOCKET

**92–1878.**   State ex rel. Pratt v. Cartolano.  *Hamilton County,* No. C–920464.  Reported at 66 Ohio St.3d 1477, 612 N.E.2d 328.  On motion for rehearing.  Rehearing denied.

## DISCIPLINARY DOCKET

**DD 87–1.**   Disciplinary Counsel v. Bica.  On motion to discontinue monitoring.  Motion granted.

**93–704.**   In re O'Leary.  On motion to show cause.  Joseph O'Leary is found in contempt and is ordered to appear before the court.

DOUGLAS, WRIGHT and RESNICK, JJ., would defer action pending the decision in 93–433, *Disciplinary Counsel v. O'Leary.*